IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY E. ALLEN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-208-jed

This action came before the court for consideration with District Judge Jon E. DeGuilio presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of Carolyn W. Colvin, Commissioner of Social Security, and remanding the case for further proceedings.

| s/ R.Plender, Deputy Clerk | 3/17/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |