IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY E. ALLEN,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　Case No. 12-cv-208-jed

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

This action came for consideration before the court with District Judge Jon E. DeGuilio presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Gregory E. Allen attorney fees and costs in the amount of $3,656.69 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

          s/ A. Wiseman, Deputy Clerk　　　　　　July 16, 2014
          Peter Oppeneer, Clerk of Court　　　　　　　Date